## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA SMITH** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:09-0465** |
| | : | |
| **v** | | **(MANNION, M.J.)** |
| | : | |
| **ALLIED INTERSTATE, INC.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Counsel for the plaintiff has reported to the court, by letter filed this date (Doc. No. 17), that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**


**Dated:   December 30, 2009**
O:\shared\ORDERS\2009 ORDERS\09-0465.03.wpd